UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MANDY L. LoCASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:15-CV-84-TLS |
| | ) | |
| FAMILY DOLLAR STORES OF INDIANA, L.P., | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Joint Stipulation for Administrative Dismissal to Arbitrate Claims [ECF No. 8] filed by the parties on April 20, 2015. The parties stipulate and agree to the dismissal of this action in order to arbitrate this matter pursuant to the Mutual Arbitration Agreement between the parties.

For the reasons stated above, the Court ACCEPTS the parties' Joint Stipulation [ECF No. 8], and ORDERS this cause of action DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs. The Clerk is directed to term any pending motions, deadlines, and hearings in this case.

SO ORDERED on April 21, 2015.

                                                    s/ Theresa L. Springmann
                                                    THERESA L. SPRINGMANN
                                                    UNITED STATES DISTRICT COURT